Case 6:22-cv-00893-ADA   Document 1   Filed 08/29/22   Page 1 of 10

FILED
August 29, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____S M_____
DEPUTY

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

Christopher M Garcia
Plaintiff's Name and ID Number

Milam County Jail 512 N Jefferson Cameron Tx 76520
Place of Confinement

CASE NO. **6:22-cv-893**
(Clerk will assign the number)

v.

Dep Dormel
Defendant's Name and Address

512 North Jefferson
Defendant's Name and Address

Cameron Texas 76520
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

[Notary seal: HEATHER BREANN GUSTUM, Notary Public, State of Texas, Comm. Expires 06-18-2023, Notary ID 129528563]

[Signature] 8/24/22

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of $400.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: 3-15-22
        2. Parties to previous lawsuit:
           Plaintiff(s) Christopher M Garcia
           Defendant(s) Dep Darniel
        3. Court: (If federal, name the district; if state, name the county.) Western District. TX.
        4. Cause number: N
        5. Name of judge to whom case was assigned: N
        6. Disposition: (Was the case dismissed, appealed, still pending?) N
        7. Approximate date of disposition: N

II. PLACE OF PRESENT CONFINEMENT: Milam County Jail Cameron Tx 76520

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?    ✓YES __NO.
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Christopher M. Garcia
2552 CR 304
Rockdale Tx 76567

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Dep. Dormel Milam County jail
512 North Jefferson Cameron tx 76520
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Returning from MRI Apt Officer was on cellphone & Breaked Real Hard

Defendant #2: Dep Dormel Never seatBelted me in correctly while transporting me
He was talking on His personal phone to His wife At stop sing
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Dep Dormel Releced Break pedel causing truck to excellerated into on coming trosfel

Defendant #3: Dep Dormel thain Noticed A vehical to His Left Aproching And Breaking Really
Hard & Hurled me threw Air This was After He used His Compancy phone And
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Alrealdy Hearttd Disspotch we were Returning! This Happend All so fast

Defendant #4: Dep Dormel injured My Right shollder My Right knee, And my vision in
my Right eye & my Back. I Have A New MRI &
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
X Ray for Broken Bones or toren tendents, think you

Defendant #5: N/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
N/A

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

12-20-21 Ask for crutches, Dr Yaphy said No. 12-21-21 My knee colapsed causing me to Hit concreat floore My meniskaus under kneecap I was placed in Seg sw/own knee And treated In Humian. I Did Not see A Doctor untoil 3-15-22 I got A MRI Examonation showing the tair, ON the way Back from APT Transport Officer Dip Dormel was on personal cellphone. Not paying Attion At stop sing & Never Seat Belted me in At All He Reliced the Break paddel At stop sing, Icar Aprotching from Left side At High speed. He seen it And Breaked Real Hard causing My Body to Hurral threw the Air And Hit cadge Metel, Tering tendents in my Right sholder, Hiting My Head, tarring Right knee meniskus, And tering other Meniskus tendents, Crausing Blindness in Right eye & sever Back pain

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Need money for Aftercair & Day to Day Therphy & My eyes Damage & My Grain Head Ackes, & emotoinal stress, of Being IN seg 9 months Closterphobic

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
CHRIStopher MICHEAL GARCIA

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
16929, TDC# 02257936

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): N/A
   2. Case number: N/A
   3. Approximate date sanctions were imposed: N/A
   4. Have the sanctions been lifted or otherwise satisfied? ___YES ___NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?   ___YES ✓NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): __N/A__
2. Case number: __N/A__
3. Approximate date warning was issued: __N/A__

Executed on: __N/A__
   DATE

Christopher M GARCIA
_Christopher M Garcia_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __15__ day of __3__, 20__22__.
         (Day)        (month)      (year)

Christopher M GARCIA
_Christopher M Garcia_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

To the Best of my Spelling

3-15-22

I Have scrural "pic" of INjuries taken By officer Rousard & medical stoff & Officer Dormell

My Statment: Christopher M. Garcia

To Whom This IS of consearns: ~~[redacted]~~ LAW Has Been Broken:

ON The Day 3-15-22. I Christophir M Garcia was Driven to Baylor Scott & White. Escortted By Officer Domell transport officer. At that time To Recive M.R.I observation Treattment. Due to Dr. Yaphe Judjment of Impropper medical proccadgers. My Left Knee Had sufferd toren tendants Due to A fall in cell 07 in cameron Jail. & Now causing Dec INJury After Apotment Ended. Officer Domell while opening shariff Truck front Door contacted aip on my observVision Dispatch on company Cell phone. Than opening Back Passanger Door on Driver side placing me in to cab seat. Which He was His intition to Have A safe ride Back & my INtu. OBS Also OK Note the cab of the shariff truck is inclosed with Dimo shaped metal cadging sustainded with wide Roll Bar through the Hole Bac cab Area. During trip to the Apt Officer Dormell Did Not seat Belt me in Nor up on our Leaveing Also He was on his personal phone calling His wi And spucking Brefley. So Now we are Leaving Baylor scott & whit He places His company phone in His pocket. We turn Right passing 3 stop singh Aproching feeder lane to get on to Highway. He stops At stop sing. He Asends to pic out His personal phone Again. I am seatted in Back cab Handcuffed so

Note: Not At Anytime Given could Hook my Buckel In to stop Me from Huarling thew the Back truck cab space. So He Attemps to Dial His wife # I suppose vering left than Right giving unDivided Attion to on coming troaffic He Rdeced Break peadel to Exet Right. And Ameadeantly Nottested A Gray colord car which I observed couse I was paying Attion to His Left side He thain slamed His foot Down Hard Breaking Hurlling me into the mettal cadging with Abrupted force causing injury to my fortHead Above my Right eye Hitting my knees Aganst the mettel cadging Also giving me ~~wipt~~ ~~tos~~ wiplashed to my Neck & sholder & Back Areas. up on full stop. He Leand Back Also He did not Have His seat Belt on the Hole time. He Ask Are you All Right I said No my Neck Go Back to the Hospital. Kinda smercking He statted sorry And contunewd to exet Right to contunue the Ride Back to the police station. He Did Not Attempted to pull over And seat Belt me in propper After what happen. He was still comfrentable which scarid me Kinda. I've Herd from serrail other Inmats Beeing transported By Officers in this preseant they Are Alway on the phone with their wifes. I am shure the

6-29-22

DOB 04-01-77
SS# 450 45 4958

Christopher M Garcia

*Christopher M Garcia*

[Notary seal: STEVEN GLEN AGUILAR, Notary Public, State of Texas, Comm. Expires 09-20-2025, Notary ID 133340687]

My Name: Christopher M. Garcia    SS# c150-'15-4958

Fialing A law suit Aganst Trans port officer Domall & Medica Dr.Yaphey / AnyLip cumbee

Staff - Milam county Jail 76520 And those INvovled. I am still Baddly INSurd 4months After. Everything I explanend to the Best of my spelling. And knolog of what to Do! A Bout my current sidwotion

My. Home Address IS
203 Ford Lane
RockdAle Tx 76567

Phone Number
- 512-430-2371-
- 512-365-0311-
- 254-228-9328-

All # 's "R" Good Think You Humbly

[Notary seal: HEATHER BREANN GUSTUM, Notary Public, State of Texas, Comm. Expires 06-18-2023, Notary ID 129528563]

8/24/22

CHRISTOPHER M GARCIA
212 North Jefferson
Cameron TX 76520

RECEIVED
AUG 29 2022
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

7670131988 0098

US District Clerk
800 Franklin Ave 380
WACO TX 76701

ZIP 76520
02 4W
0000376497 AUG 25 2022
US POSTAGE $000.47

