IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER M. GARCIA** | § | |
| **(Milam County)** | § | |
| | § | |
| **V.** | § | **W-22-CA-893-ADA** |
| | § | |
| **DEP. DOMELL, et al.** | § | |

## ORDER OF DISMISSAL

On August 31, 2022, the Court dismissed Plaintiff's motion to proceed in forma pauperis because Plaintiff failed to provide the Court with a certified six-month history of his inmate trust fund account. Plaintiff was ordered to file a completed application including his six-month account history. Plaintiff filed a new in forma pauperis application on September 19, 2022, but again the motion was deficient because it did not include a certified six-month history of his inmate trust fund account. On September 20, 2022, the Court ordered Plaintiff to submit either the filing fee of $402.00 or a completed application to proceed in forma pauperis by October 20, 2022. Plaintiff failed to respond and on October 21, 2022, the Court ordered Plaintiff to show cause why his complaint should not be dismissed for want of prosecution by November 21, 2022. Plaintiff failed to respond to that order. In addition, the show cause order was returned because Plaintiff was no longer detained at the MIlam County Jail. To date, Plaintiff has not notified the Court of any change of address.

1

The Court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss the case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases. Because Plaintiff has failed to comply with the Court's orders his case is dismissed for want of prosecution and for failure to obey an order of the Court.

In light of the above, it is therefore **ORDERED, ADJUDGED, and DECREED** that this case be **DISMISSED WITHOUT PREJUDICE** and **CLOSED**.

**SIGNED** on November 22, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE